| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Stephen R. Wade<br>400 N. Mountain Ave. Suite 214B<br>Upland, CA 91786<br>phone (909) 985-6500<br>fax (909) 985-2865<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: Wilbur Domeck | FILED FEB 25 2005<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk<br><br>RECEIVED FEB 24 2005<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
    MARLA MORGAN

CHAPTER: 7

CASE NO.: RS 04-12261 PC

DATE: 1/19/05
TIME: 9:30 am
CTRM: 303
FLOOR: THIRD

ENTERED FEB 25 2005

Debtor(s).

ORIGINAL

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
(MOVANT: WILBUR DOMECK )

1. The Motion was:  ☒ Contested    ☐ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name:  DOMECK V. MORGAN

    Docket number:  SCVSS 096173

    Court or agency where pending:  San Bernardino Superior Court

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.  ☐ Terminated as to Debtor(s) and Debtor's(s') estate.
    b.  ☒ Annulled retroactively to the date of the bankruptcy petition filing.
    c.  ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a.  ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b.  ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

F 4001-1O.NA

F 4001-1O.NA

| Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* | |
|---|---|
| In re                         (SHORT TITLE) | CHAPTER: |
| Debtor(s). | CASE NO.: RS 04-12261 PC |

7. This Court further orders as follows:
   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

Dated: Feb. 25, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised May 2004

F 4001-1O.NA

| | |
|---|---|
| In re Marla Morgan | Case No. RS 04-12261 PC<br>Chapter 7 |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

    I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 N. Mountain Ave., Suite 214B, Upland, California 91786.

    On February 23, 2005, I served, on recycled paper, the foregoing document described as

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (MOVANT WILBUR DOMECK)**

in this action by placing a true copy thereof enclosed in a sealed envelope, causing postage to be placed thereon fully prepaid and by causing the postaged envelope to be placed in the United States mail at Upland, California addressed as follows:

Office of the United States Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

Chapter 7 Trustee
Karl T. Anderson
700 E. Tahquitz Cyn Way, Suite H
Palm Springs, CA 92262

Debtor
Marla Morgan
POBox 2054
Colton, CA 92324

Attorney for Debtor
William E. Windham
5005 La Mart Drive, Suite 201
Riverside, CA 92507-5989

    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service and that the foregoing document was placed for collection and mailing in accordance with ordinary business practices.

    Executed on February 23, 2005, at Upland, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ D. Riley_
D. Riley

| | |
|---|---|
| **In re Marla Morgan** | **Case No. RS 04-12261 PC**<br>**Chapter 7** |

## SERVICE LIST

Office of the United States Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

<u>Chapter 7 Trustee</u>
Karl T. Anderson
700 E. Tahquitz Cyn Way, Suite H
Palm Springs, CA 92262

<u>Debtor</u>
Marla Morgan
POBox 2054
Colton, CA 92324

<u>Attorney for Debtor</u>
William E. Windham
5005 La Mart Drive, Suite 201
Riverside, CA 92507-5989

Stephen R. Wade
LAW OFFICES OF STEPHEN R. WADE
400 N. Mountain Ave., Suite 214B
Upland, CA 91786

F 4001-1O.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of*

| In re (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Marla Morgan                    Debtor(s). | CASE NO.: RS 04-12261 PC |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date)*:

   FEB 25 2005

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

   FEB 25 2005

Dated:     FEB 25 2005

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk